UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OSCAR TORRES ARBOLEDA,

    Plaintiff,

  v.

G. O'BANION,

    Defendant.

No. 2:17-cv-442-EFB P

ORDER

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. In addition to filing a complaint, he has filed a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed his application for leave to proceed in forma pauperis on the form used by this district.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis (ECF No. 3) is denied without prejudice;

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

/////

/////

/////

1       3. Plaintiff shall submit, within thirty days from the date of this order, a completed
2  application to proceed in forma pauperis.  Plaintiff's failure to comply with this order may result
3  in dismissal of this action.
4  DATED: March 6, 2017.

        EDMUND F. BRENNAN
        UNITED STATES MAGISTRATE JUDGE